[Nos. 20715–6–I; 20716–4–I.   Division One.   October 1, 1990.]

*In the Matter of the Dependency of* C.A.

JAMES AUSTIN, ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 86–7–01044–9, John M. Darrah, J., entered

July 17, 1987. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Winsor, JJ.